**Kevin STERLING, Plaintiff–Appellant**

v.

**CITY OF NEW ROADS; Columbia Casualty Company, Defendants– Appellees.**

**No. 10–30113**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 25, 2010.

Roderick Terrell Morris, Law Office of Roderick T. Morris, New Roads, TX, for Plaintiff–Appellant.

Robert J. David, Jr., Juneau David, A.P.L.C., Lafayette, LA, John Wayne Jewell, Jewell & Jewell, New Roads, LA, Kyle Achee Ferachi, Esq., Amanda S. Stout, Mcglinchey Stafford, P.L.L.C., Baton Rouge, LA, Erin Fury Parkinson, Esq., Mcglinchey Stafford, P.L.L.C., New Orleans, LA, for Defendants–Appellees.

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for this reason:

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Mr. Sterling took leave from his employment with the City of New Roads pursuant to the Family Medical Leave Act. When his leave expired, Mr. Sterling did not furnish his employer with certification that he was able to resume work. Mr. Sterling's failure to provide the City with certification of his fitness for duty bars his action claiming entitlement to reinstatement under 29 U.S.C. § 2614(a). The district court correctly rendered judgment to this effect.

Mr. Sterling admitted in his deposition that he received notice advising him of his rights and obligations under COBRA. He deliberately elected not to continue COBRA coverage. No reasonable jury could conclude that Mr. Sterling received no communication from the City. The district court correctly rendered judgment that Mr. Sterling's claim regarding COBRA is meritless.

Judgment AFFIRMED.